1
2
3
4
5
6

Kurt M. Zitzer (014110)
Rob A. Justman (024436)
MEAGHER & GEER, P.L.L.P.
8800 N. Gainey Center Drive, Suite 261
Scottsdale, Arizona  85258
Telephone: (480) 607-9719
Facsimile:  (480) 607-9780
kzitzer@meagher.com
rjustman@meagher.com
*Attorneys for Regional Adjustment Bureau, Inc.*

7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

9
10
11
12
13
14
15

| | |
|---|---|
| Alice Iseghohimen, | Case No. 2:12-cv-01420-SRB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Regional Adjustment Bureau, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | (The Honorable Susan R. Bolton) |

16
17
18
19

        In accordance with L.R. Civ. 40.2(d), Defendant Regional Adjustment Bureau, Inc. and Plaintiff Alice Iseghohimen (collectively "the Parties") hereby provide the Court with notice of a settlement reached in the above-captioned action.  The Parties have settled this action.

20
21
22
23

        The Parties are in the process of preparing the appropriate settlement papers.  Upon completion of the same, the Parties will file with the Court a Stipulation and Proposed Order for Dismissal with Prejudice of all claims in this action, with each side to bear their own attorneys' fees and costs.

24
25

        In light of the Settlement, the Parties agree that Defendant Regional Adjustment Bureau's Answer to the Complaint, which would otherwise have been due August 20, 2012, is *not* required.

26

The Parties respectfully request that the Court vacate any deadlines in this action, and allow the Parties thirty days (30 days) to finalize the settlement documentation and dismissal pleadings.

RESPECTFULLY SUBMITTED August 13th, 2012.

MEAGHER & GEER, P.L.L.P.


By____/s/ Rob A. Justman_____
        Kurt M. Zitzer
        Rob A. Justman
        8800 N. Gainey Center Dr., Ste.261
        Scottsdale, Arizona 85258
        *Attorneys for Defendant Regional Adjustment*
        *Bureau, Inc.*

LEMBERG & ASSOCIATES, LLC


By____/s/ Trinette G. Kent with permission__
        Trinette G. Kent, Esq.
        11811 North Tatum Blvd., Suite 3031
        Phoenix, Arizona  85028
        *Attorneys for Plaintiff Alice Iseghohimen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2012, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of electronic filing to the following CM/ECF registrants:

Clerk of the Court
**United States District Court**
401 W. Washington Street
Phoenix, AZ 85003-2118

Judge Susan R. Bolton
**United States District Court**
401 W. Washington Street, Suite 522
Phoenix, AZ  85003-2118

**<u>Attorneys for Plaintiffs</u>**

Trinette G. Kent, Esq.
**Lemberg & Associates, LLC**
11811 North Tatum Blvd., Suite 3031
Phoenix, Arizona 85028

By:  /s/ Vanessa Henderson___

8551264.1