# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Alice Iseghohimen,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Regional Adjustment Bureau, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-01420-PHX-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, and based upon the Stipulation for Dismissal With Prejudice filed by the Parties with the Court,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs. All claims asserted in the above-captioned action, including all claims for attorneys' fees and costs, are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 2nd day of October, 2012.

_____
Susan R. Bolton
United States District Judge